UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND         Index No.: 07-CIV-8620 (SCR)
ANNUITY FUNDS,

                Plaintiffs,                **VOLUNTARY NOTICE
                                        OF DISMISSAL**

     -against-

SERGI'S IMAGES, INC.,

                Defendant.
----------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

*Case Closed*

Dated: November 19, 2007
       Elmsford, New York

                                    Dana L. Henke, Esq. (DLH3025)
                                    Attorney for Plaintiff
                                    258 Saw Mill River Road
                                    Elmsford, New York 10523
                                    (914) 592-1515

SO ORDERED

*[signature]*
Honorable Stephen C. Robinson, U.S.D.J.

dated: 11/20/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: